UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-14386-CIV-MIDDLEBROOKS/LYNCH

CYNTHIA JOHNSON, as legal guardian
of JAVARD FREEMAN, a minor,

        Plaintiff,

vs

FFE TRANSPORTATION SERVICES,
INC., a foreign corporation, CONWELL
CORPORATION, a foreign corporation
and TOMMY COLEMAN,

        Defendants.
_____/



## ORDER ON MOTIONS IN LIMINE

THIS CAUSE comes before the Court upon several motions in limine filed by both parties. In addition to reviewing the parties' written submissions, the Court heard limited oral argument on the motions in open court on December 28, 2005. It is hereby

**ORDERED AND ADJUDGED** that

1.     The following motions are **DENIED AS MOOT** pursuant to the parties' agreements as described in open court on December 28, 2005:

   - **DE #267**: Defendants' Motion to Exclude Testimony by Diane Busch-Heath

   - **DE #270**: Defendants' Motion in Limine and/or to Strike Plaintiff's Expert Mark Young

   - **DE #272**: Defendants' Motion to Permit Jury Consultant to Sit at Counsel Table



- **DE #273**: Defendants' Motion to Prevent Disclosure of Trial Consultant
- **DE #274**: Defendants' First Motion in Limine and/or To Strike
- **DE #276**: Defendants' Second Motion in Limine and/or To Strike Plaintiff's Expert, Dr. Craig Lichtblau
- **DE #292**: Plaintiff's First Motion in Limine to Exclude Any Reference to the Prior Trial in this Matter
- **DE #293**: Plaintiff's Second Motion in Limine as to the Testimony of Samuel Ambrosi
- **DE #294**: Plaintiff's Third Motion in Limine as to Minor's Juvenile Adjudications
- **DE #295**: Plaintiff's Fifth Motion in Limine to Exclude Any Reference or Mention of HIV/AIDS as it pertains to the Minor's Mother
- **DE #296**: Plaintiff's Sixth Motion in Limine as to Traffic Citations
- **DE #298**: Plaintiff's Eighth Motion in Limine to Exclude Any Reference and/or Mention of the Current Whereabouts of Tommy Johnson
- **DE #299**: Plaintiff's Ninth Motion in Limine as to Settlement with Diane Boatwright

2. For the reasons stated in open court on December 28, 2005, the following motions are **DENIED**:

- **DE #268**: Defendants' Third Motion in Limine
- **DE #297**: Plaintiff's Seventh Motion in Limine as to the Condition of the

> Bus[1]
>
> - **DE #289, 290**: Defendants' Motion to Exclude Any Testimony or Evidence Regarding Safety and/or Training and Defendants' Motion to Exclude FFE Training Videos[2]
>
> - Plaintiff's Oral Objection to Defendants' Expert Witness Dr. Ronald Gibbons

3. For the reasons stated in open court on December 28, 2005, the following motion is **GRANTED**:

> - **DE #264**: Defendants' Motion to Exclude Tommy Coleman's Past Criminal Record

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 30 day of December, 2005.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

---

[1] Plaintiff's Motion is denied insofar as the Defendants may raise the issue of why the Plaintiff's bus did not wait for assistance from AAA like the other bus. Defendants may not, however, question witnesses or present evidence as to the specific condition of the other bus.

[2] Defendants' Motion is denied insofar as the Plaintiff uses the evidence to address Defendant Coleman's negligence and failure to follow company policy. The Plaintiff may not, however, use the evidence to raise allegations that Defendant FFE failed to train.