# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Donald M. Middlebrooks, U.S. District Judge



FILED by ____ D.C.
JAN 5 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### MINUTES- CIVIL TRIAL

Case No. __03-14386-CIV__    Date __1/04/06__    Day # __2__

Deputy Clerk __Natividad McColley__    Court Reporter __Roger Watford__

PARTIES: __CYNTHIA JOHNSON as legal guardian of Javard Freeman, a minor,__

VS.

__FFE TRANSPORTATION SERVICES, INC., a foreign corporation, CONWELL CORPORATION, a foreign corporation and TOMMY COLEMAN__

PLTF(s) ATTY(s)                DEFT(s) ATTY(s)

Alan Goldfarb, Esq.            Robert K. Tucker, Esq.

Janice V. Fisher, Esq.         Ronald Pena, Esq.

_____ _____ A.M./P.M. Trial commenced/resumed- Jury/Non-Jury

/____/ Statement of case to jury- voir dire
/____/ Jury impaneled and sworn

/____/ _____ /____/ Trial continued until _1/5/_ at _9:_ am/~~pm~~

/____/ Jury returned verdict in favor of _____. See verdict form.

/____/ Non-Jury trial concluded. Case taken under advisement.
       Briefing schedule as follows: Pltf's due _____

       Deft's due _____ Reply due _____

_Day 2 of trial held._