```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                                           Case 03-14386-CIV


CYNTHIA JOHNSON, as legal guardian   )
of JAVARD FREEMAN, a minor,          )
                                     )
              Plaintiff,             )
                                     )    Miami, Florida
       vs.                           )
                                     )    January 4, 2006
                                     )
FFE TRANSPORTATION SERVICES, INC.,   )
A foreign corporation, CONWELL       )
CORPORATION, a foreign corporation,  )
And TOMMY COLEMAN,                   )
                                     )
              Defendants.            )    (Pages 1 - 72)
```

---

TRANSCRIPT OF THE TESTIMONY OF DR. LICHBLAU
BEFORE THE HONORABLE DONALD MIDDLEBROOKS.
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For The Plaintiff:          Alan Goldfarb, Esq.
                            -and- Ruben V. Chavez, Esq.
                            Goldfarb & Gold, P.A.
                            100 S.E. 2nd Street
                            Miami, Florida 33131
                            -and-
                            Janice V. Fisher, Esq.
                            Fisher & Associates, P.A.
                            900 Delaware Avenue
                            Fort Pierce, Florida 34950

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 03-14386-CV DMM
## DE#340

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____